1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  ERIC LEE HACKETT,                           CASE NO. 1:11-cv-00501-LJO-SMS

10                     Plaintiff,              AMENDED
                                              ORDER DIRECTING PLAINTIFF
11        v.                                  TO PAY FILING FEE

12  CITY OF FRESNO, et al.,

13                     Defendants.
                                        /
14

15        A prisoner may not proceed *in forma pauperis* "if the prisoner has, on 3 or more prior

16  occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of

17  the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

18  a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious

19  physical injury."  28 U.S.C. § 1915(g).  Plaintiff became subject to § 1915(g) on August 4, 2005,

20  when his third action was dismissed for failure to state a claim upon which relief may be

21  granted.[1]  Accordingly, on April 7, 2011, this Court denied Plaintiff's motion to proceed *in forma*

22  *pauperis*.

23        Although Plaintiff was served the order by mail on April 7, 2011, Plaintiff has not

24  submitted the $350.00 filing fee for his case.  Accordingly, the Court hereby orders:

25        1.       Plaintiff shall pay the $350.00 filing fee, in full, on or before May 2, 2011.

26

27        [1]  The Court took judicial notice of the following cases: *Hackett v. Taylor*, 1:01-cv-06076-OWW-SMS PC
    (dismissed August 22, 2002 for failure to state a claim); *Hackett v. Taylor*, 1:02-cv-05440-OWW-SMS (dismissed
28  August 23, 2002 for failure to state a claim); *Hackett v. Schwarzenegger*, 1:04-cv-05124-OWW-SMS (dismissed
    August 4, 2005 for failure to state a claim); *Hackett v. City of Fresno*, 1:06-cv-011230-OWW-SMS PC (dismissed
    November 16, 2006 for failure to state a claim).

2.      If the filing fee has not been paid in full on or before May 2, 2011, the Court will

dismiss Plaintiff's case, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:    April 19, 2011**                              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE